1  Center For Disability Access
2  Mark Potter, ESQ., SBN 166317
3  100 Pine St., Ste 1250
   San Francisco, CA 94111
4  (858) 375-7385; FAX (888) 422-5191
5
6  Attorney for Judgment Creditor
7
8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11
12  Raul Uriarte-Limon,                 Case 2:15-CV-04652-BRO-RAO
          Plaintiff,                    RENEWAL OF JUDGMENT BY
13                                      CLERK
             v.
14
15  Henry Oh, in his individual and
16  representative capacity as trustee of the Oh
    Trust; et al,
17        Defendants.
18
19
20
21
22
23
24
25
26
27
28

1

Upon review of the court files, the application for renewal of judgment, the declarations submitted in support of the renewal of judgment, it is Judgment is renewed for $3,493.63 in favor of plaintiff Raul Uriarte-Limon and against defendant Basyouny Elsayed,

1. where $5,040.00 was awarded by court via Judgment entered on 2/19/2016.
2. Cost of $1,817.00 was granted by the Deputy Clerk as per Writ of Execution entered on 1/13/2017, 2/14/2018 and 5/2/2019.
3. I acknowledge credit to date in the amount of $3500.00. No other payments have been received.
4. where $136.63 is the interest amount calculated at 0.53% p.a., on unpaid judgment, from the date Judgment was entered on 2/19/2016 to 10/23/2023.

Dated: 12/01/2023

By _____, Deputy Clerk

Kiry Gray , Clerk of Court

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff